# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 13, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133682(67)


STATE NEWS,
        Plaintiff-Appellee,

                                    SC: 133682
v                                     COA: 271433
                                     Ingham CC: 06-000674-CZ
MICHIGAN STATE UNIVERSITY,
        Defendant-Appellant.
_____

       On order of the Chief Justice, the motion by the Michigan Association of Broadcasters and the Michigan Press Association for leave to file a brief *amicus curiae* is considered, and it is GRANTED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 13, 2008

Clerk